# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DONALD E. & LAURA K. YAUGER
**Case Number:** 16-22627-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 19, 2017 02:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#2 - Final Confirmation of Plan Dated 7/15/2016 (NFC)
R / M #: 2 / 0

### Appearances:   *Calladrin for Golembiowski*

Debtor:
Trustee: Winnecour / Bedford / Pail / **Katz**
Creditor:

*[RECEIVED U.S. BANKRUPTCY COURT CLERK PITTSBURGH 2017 JAN 20 P 3:03]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __3/16/17__ at __2:00 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/11/2017   3:49:05PM