**Form 132**

**UNITED STATES BANKRUPTCY COURT**          38
**WESTERN DISTRICT OF PENNSYLVANIA**          mgut

In re:                                                                  Bankruptcy Case No.: 16–22627–GLT

                                                                        Chapter: 7

**Donald E. Yauger**
    Debtor(s)                                       Laura K. Yauger

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
### AND DETERMINATION OF TRUSTEE BOND

    Robert H. Slone, Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

    In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 2/23/17                                                          **Andrew R. Vara**
                                                                        Acting United States Trustee

                                                                        **Joseph S. Sisca**
                                                                        Assistant United States Trustee
                                                                        Western District of Pennsylvania

---

I Robert H. Slone, Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                        Robert H. Slone, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-22627-GLT
Donald E. Yauger                                                            Chapter 7
Laura K. Yauger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1          Date Rcvd: Feb 23, 2017
                             Form ID: 132             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
tr             +Robert H. Slone, Trustee,    223 South Maple Avenue,    Greensburg, PA 15601-3232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey S. Golembiewski    on behalf of Debtor Donald E. Yauger jgolembiewski@yahoo.com,
            denisegole@yahoo.com
          Jeffrey S. Golembiewski    on behalf of Joint Debtor Laura K. Yauger jgolembiewski@yahoo.com,
            denisegole@yahoo.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
            bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee   robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.org

                                                                                      TOTAL: 9