| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Donald E. Yauger** | Social Security number or ITIN | **xxx–xx–5857** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Laura K. Yauger** | Social Security number or ITIN | **xxx–xx–9046** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court<br>**WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13** | **7/15/16** |
| Case number:    **16–22627–GLT** | | Date case converted to chapter **7** | **2/23/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Donald E. Yauger | Laura K. Yauger |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 27 Chaffee Street<br>Uniontown, PA 15401–1000 | 27 Chaffee Street<br>Uniontown, PA 15401–1000 |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey S. Golembiewski<br>225 South Maple Avenue, Suite A<br>Greensburg, PA 15601 | Contact phone 724–832–0200 |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 2/23/17 |
|---|---|---|
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **April 3, 2017 at 09:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **First Floor Conference Room, Public Service Building, 22 East Main Street, Uniontown, PA 15401** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/2/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/3/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/11/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **2**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 16-22627-GLT
Donald E. Yauger                                                    Chapter 7
Laura K. Yauger
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut                  Page 1 of 2                  Date Rcvd: Feb 23, 2017
                              Form ID: 309B               Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db/jdb         +Donald E. Yauger,    Laura K. Yauger,    27 Chaffee Street,    Uniontown, PA 15401-4603
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Matthew Christian Waldt,    Milstead & Associates, LLC,    1 East Stow Road,
                 Marlton, NJ 08053-3118
aty            +Matthew John McClelland,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Robert H. Slone, Trustee,    223 South Maple Avenue,    Greensburg, PA 15601-3232
14326217        Bank of America, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
14259926       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,     Attn: Collection Center,
                 P.O. Box 14931,    Pittsburgh, PA 15234)
14259923       +Central Credit/Penn Credit,    Attn:Bankruptcy,    P.O. Box 988,    Harrisburg, PA 17108-0988
14259925       +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit,     P.O. Box 790040,
                 St Louis, MO 63179-0040
14306108       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14259929       +NCC Business Services, Inc.,    9428 Baymedaows Road, Suite 200,     Jacksonville, FL 32256-7912
14342103       +Navient Solutions, Inc. on behalf of,    Great Lakes Higher Education Corp.,
                 2401 International Lane,    Madison, WI 53704-3192
14259930       +Patenaude & Felix, A.P.C.,    4545 Murphy Canyon Road, 3rd Floor,    San Diego, CA 92123-4363
14259935       +Trac/CBSD,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14352125        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jgolembiewski@yahoo.com Feb 24 2017 01:36:27      Jeffrey S. Golembiewski,
                 225 South Maple Avenue, Suite A,    Greensburg, PA  15601
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:36:53      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 24 2017 01:37:00
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              EDI: RECOVERYCORP.COM Feb 24 2017 01:18:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
14259921       +EDI: BANKAMER.COM Feb 24 2017 01:18:00      Bank of America, N.A.,    Attn: Bankruptcy,
                 NC4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
14267205        EDI: CAPITALONE.COM Feb 24 2017 01:18:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14259922       +EDI: CAPITALONE.COM Feb 24 2017 01:18:00      Capital One Bank, N.A.,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14301094       +E-mail/Text: bankruptcy@cavps.com Feb 24 2017 01:37:13      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14259927        E-mail/Text: svlainich@communitybank.tv Feb 24 2017 01:37:07      Community Bank,
                 100 North Market Street,    P.O. Box 357,    Carmichaels, PA 15320-0357
14282385       +E-mail/Text: svlainich@communitybank.tv Feb 24 2017 01:37:07      Community Bank,
                 90 West Chestnut Street,    Suite 100,    Washington, PA 15301-4524
14308012        EDI: RESURGENT.COM Feb 24 2017 01:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14259928        E-mail/Text: camanagement@mtb.com Feb 24 2017 01:36:42      M&T Bank,    Attn: Bankruptcy,
                 1100 Werhle Drive, 2nd Floor,    Buffalo, NY 14240
14281920        E-mail/Text: camanagement@mtb.com Feb 24 2017 01:36:42      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
14315335        EDI: PRA.COM Feb 24 2017 01:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14274217        EDI: Q3G.COM Feb 24 2017 01:19:00      Quantum3 Group LLC as agent for,
                 Crown Asset Management LLC,    PO Box 788,    Kirkland, WA  98083-0788
14263441        EDI: Q3G.COM Feb 24 2017 01:19:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
                 PO Box 788,    Kirkland, WA  98083-0788
14262793        EDI: RECOVERYCORP.COM Feb 24 2017 01:18:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14259931        EDI: AGFINANCE.COM Feb 24 2017 01:18:00      Springleaf Financial Services,
                 219 Walmart Drive, Suite C,    Uniontown, PA 15401
14274885        EDI: AGFINANCE.COM Feb 24 2017 01:18:00      Springleaf Financial Services,    P.O. Box 3251,
                 Evansville, IN. 47731-3251
14298400        EDI: RMSC.COM Feb 24 2017 01:18:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14259932       +EDI: RMSC.COM Feb 24 2017 01:18:00      Synchrony Bank/ Home Depot,    C/O P.O. Box 965036,
                 Orlando, FL 32896-0001
```

```
District/off: 0315-2           User: mgut                  Page 2 of 2                  Date Rcvd: Feb 23, 2017
                               Form ID: 309B               Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14259933         +EDI: RMSC.COM Feb 24 2017 01:18:00      Synchrony Bank/Home Design Floorcare,   P.O. Box 965036,
                  Orlando, FL 32896-5036
14259934         +EDI: RMSC.COM Feb 24 2017 01:18:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                  P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                                 TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, N.A.
cr               Lakeview Loan Servicing, LLC
14259924*        +Central Credit/Penn Credit,   Attn: Bankruptcy,   P.O. Box 988,   Harrisburg, PA 17108-0988
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
```
              James    Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Donald E. Yauger jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeffrey S. Golembiewski    on behalf of Joint Debtor Laura K. Yauger jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 9
```