**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    DONALD E. YAUGER
    LAURA K. YAUGER
        Debtor(s)

Case No.:16-22627 GLT

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/15/2016 and confirmed on 10/07/2016 . The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,906.00 |
| Less Refunds to Debtor | 2,097.03 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,808.97 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 963.19 | |
|   Trustee Fee | 588.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,551.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA** | 0.00 | 3,036.33 | 0.00 | 3,036.33 |
|     Acct: 8103 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 4,438.38 | 0.00 | 4,438.38 |
|     Acct: 0981 | | | | |
|   QUANTUM3 GROUP LLC AGNT - STERLING | 676.64 | 0.00 | 0.00 | 0.00 |
|     Acct: 2818 | | | | |
|   BANK OF AMERICA** | 379.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 8103 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0981 | | | | |
|   COMMUNITY BANK(*) | 22,192.57 | 2,497.20 | 723.97 | 3,221.17 |
|     Acct: 3776 | | | | |
|   SPRINGLEAF FINANCIAL SVCS OF PA INC | 3,071.11 | 461.79 | 99.37 | 561.16 |
|     Acct: 2616 | | | | |
| | | | | 11,257.04 |
| **Priority** | | | | |
|   JEFFREY GOLEMBIEWSKI(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | DONALD E. YAUGER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY GOLEMBIEWSKI(*) | 2,309.00 | 963.19 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DONALD E. YAUGER | 1,028.03 | 1,028.03 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DONALD E. YAUGER | 1,069.00 | 1,069.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | CAPITAL ONE BANK NA** | 2,640.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 6754 | | | | |
| | CAPITAL ONE BANK NA** | 599.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 3927 | | | | |
| | CAPITAL ONE BANK NA** | 3,504.34 | 0.00 | 0.00 | 0.00 |
| | Acct: 3445 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7075 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2112 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 597.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 8599 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: KFA5 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 711.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 4683 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 311.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 2821 | | | | |
| | MIDLAND FUNDING LLC | 603.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 6773 | | | | |
| | TRAC CBSD | 1,347.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 4724 | | | | |
| | SYNCHRONY BANK | 4,310.95 | 0.00 | 0.00 | 0.00 |
| | Acct: 3289 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN A | 794.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 5598 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN A | 1,028.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 3563 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CROWN A | 347.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 4263 | | | | |
| | CAPITAL ONE BANK NA** | 651.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 8431 | | | | |
| | SYNCHRONY BANK | 4,599.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 9671 | | | | |
| | SYNCHRONY BANK | 3,689.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6376 | | | | |
| | MIDLAND FUNDING LLC | 1,076.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 9973 | | | | |
| | MIDLAND FUNDING LLC | 230.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 0782 | | | | |
| | MIDLAND FUNDING LLC | 1,220.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 9747 | | | | |
| | MIDLAND FUNDING LLC | 3,683.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 5843 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,402.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 2720 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,357.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 7182 | | | | |

| 16-22627 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    NAVIENT SOLUTIONS INC O/B/O GLHEC | 8,164.28 | 0.00 | 0.00 | 0.00 |
|      Acct: 9046 | | | | |
|    US DEPARTMENT OF EDUCATION** | 10,436.66 | 0.00 | 0.00 | 0.00 |
|      Acct: 9046 | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 11,257.04 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 26,320.24 |
| UNSECURED | 55.309.80 |

Date: 04/03/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com