FILED
4/7/17 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-22627-GLT |
| | : | Chapter: | 7 |
| Donald E. Yauger | : | | |
| Laura K. Yauger | : | | |
| | : | Date: | 4/7/2017 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

*MATTER:*  #36 - Status Conference re: Filing of 1019 Documents and Statement of Intent [Response due 3/25/2017]

*APPEARANCES*:
    Debtor:  No Appearance

*NOTES:*

*OUTCOME:*

1. OTSC regarding dismissal of case to be issued. (Chambers to prepare).

**DATED:** 4/7/2017