# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    DONALD E. YAUGER and ) | |
|    LAURA K. YAUGER ) | Case No. 16-22627-GLT |
| ) | |
| ) | Chapter 7 |

## RULE 1019 REPORT

**I.  New Creditors:**

    **None.**

 

Respectfully Submitted,

Dated: April 11, 2017        /s/Jeffrey S. Golembiewski
Jeffrey S. Golembiewski, Esquire
Attorney for the Debtor
225 South Maple Avenue, Suite A
Greensburg, PA 15601
(724) 832-0200
PA ID: #64373