**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Donald E. Yauger<br>    Laura K. Yauger,<br>            Debtors. | Chapter 7<br><br>Case No.: 16-22627-GLT |
| Bank of America, N.A.,<br>            Movant,<br>vs.<br>Donald E. Yauger and Laura K. Yauger,<br>            Debtors / Respondents,<br>and<br>Robert H. Slone,<br>            Trustee / Respondent. | Hearing Date: May 25, 2017<br>Time: 10:00 a.m.<br>Location: Courtroom A |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT(S):
    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **May 7, 2017**, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A hearing will be held on **May 25, 2017 at 10:00 a.m.** before the Honorable Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

DATED: April 20, 2017

                                                                   MILSTEAD & ASSOCIATES, LLC

                                                                   /s/Matthew C. Waldt
                                                               Matthew C. Waldt, Esquire
                                                               mwaldt@milsteadlaw.com
                                                               Attorney ID No. 203308
                                                               1 East Stow Road
                                                               Marlton, NJ 08053
                                                               (856) 482-1400
                                                               Attorneys for Movant