Case 16-22627-GLT    Doc 55    Filed 04/28/17    Entered 04/28/17 12:43:14    Desc Main
Document    Page 1 of 1

FILED
4/28/17 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-22627-GLT |
| | : | Chapter: | 7 |
| Donald E. Yauger | : | | |
| Laura K. Yauger | : | | |
| | : | Date: | 4/27/2017 |
| *Debtor(s).* | : | Time: | 11:00 a.m. |

## PROCEEDING MEMO

*MATTER:*  #48 - Order to Show Cause re: failure to file 1019 conversion report and to appear at September 27, 2017
[Response due 4/20/2017]
#49 - 1019 Conversion Report filed

*APPEARANCES:*

Debtor:    No Appearance

*NOTES:*

Court - Statement of intent remains unfiled.

*OUTCOME:*

1. Order to be issued dismissing case without prejudice.  (DB to prepare).
2. OTSC to be issued against Debtor's counsel to address whether fees should be disgorged due to the failure to attend multiple Court hearings.  (Chambers to prepare).

**DATED:** 4/27/2017