Form 302

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Donald E. Yauger**
**Laura K. Yauger**
  Debtor(s)

Bankruptcy Case No.: 16−22627−GLT
Related to Docket No. 48
Chapter: 7
Docket No.: 54 − 48

## **ORDER**

  **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

  Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

  Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: April 28, 2017

*/s/ Gregory L. Taddonio*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22627-GLT
Donald E. Yauger                                                          Chapter 7
Laura K. Yauger
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Apr 28, 2017
                              Form ID: 302            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
```
db/jdb         +Donald E. Yauger,   Laura K. Yauger,   27 Chaffee Street,   Uniontown, PA 15401-4603
14326217        Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
14259926       ++COLLECTION SERVICE CENTER INC,   363 VANADIUM ROAD,   STE 109,   PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Center,   Attn: Collection Center,
                 P.O. Box 14931,   Pittsburgh, PA 15234)
14259923       +Central Credit/Penn Credit,   Attn:Bankruptcy,   P.O. Box 988,   Harrisburg, PA 17108-0988
14259925       +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit,   P.O. Box 790040,
                 St Louis, MO 63179-0040
14306108       +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
14259929       +NCC Business Services, Inc.,   9428 Baymedaows Road, Suite 200,   Jacksonville, FL 32256-7912
14342103       +Navient Solutions, Inc. on behalf of,   Great Lakes Higher Education Corp.,
                 2401 International Lane,   Madison, WI 53704-3192
14259930       +Patenaude & Felix, A.P.C.,   4545 Murphy Canyon Road, 3rd Floor,   San Diego, CA 92123-4363
14259935       +Trac/CBSD,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
14352125        United States Department of Education,   Claims Filing Unit,   P O Box 8973,
                 Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Apr 29 2017 01:03:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,   Miami, FL 33131-1605
14259921       +EDI: BANKAMER.COM Apr 29 2017 01:03:00     Bank of America, N.A.,   Attn: Bankruptcy,
                 NC4-105-03-14,   P.O. Box 26012,   Greensboro, NC 27420-6012
14267205        EDI: CAPITALONE.COM Apr 29 2017 01:03:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
14259922       +EDI: CAPITALONE.COM Apr 29 2017 01:03:00     Capital One Bank, N.A.,   P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14301094       +E-mail/Text: bankruptcy@cavps.com Apr 29 2017 01:16:26     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14259927        E-mail/Text: svlainich@communitybank.tv Apr 29 2017 01:16:22     Community Bank,
                 100 North Market Street,   P.O. Box 357,   Carmichaels, PA 15320-0357
14282385       +E-mail/Text: svlainich@communitybank.tv Apr 29 2017 01:16:22     Community Bank,
                 90 West Chestnut Street,   Suite 100,   Washington, PA 15301-4524
14308012        EDI: RESURGENT.COM Apr 29 2017 01:03:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14259928        E-mail/Text: camanagement@mtb.com Apr 29 2017 01:15:58     M&T Bank,   Attn: Bankruptcy,
                 1100 Werhle Drive, 2nd Floor,   Buffalo, NY 14240
14281920        E-mail/Text: camanagement@mtb.com Apr 29 2017 01:15:58     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
14315335        EDI: PRA.COM Apr 29 2017 01:03:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14274217        EDI: Q3G.COM Apr 29 2017 01:03:00     Quantum3 Group LLC as agent for,
                 Crown Asset Management LLC,   PO Box 788,   Kirkland, WA 98083-0788
14263441        EDI: Q3G.COM Apr 29 2017 01:03:00     Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,
                 PO Box 788,   Kirkland, WA 98083-0788
14262793        EDI: RECOVERYCORP.COM Apr 29 2017 01:03:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
14259931        EDI: AGFINANCE.COM Apr 29 2017 01:03:00     Springleaf Financial Services,
                 219 Walmart Drive, Suite C,   Uniontown, PA 15401
14274885        EDI: AGFINANCE.COM Apr 29 2017 01:03:00     Springleaf Financial Services,   P.O. Box 3251,
                 Evansville, IN. 47731-3251
14298400        EDI: RMSC.COM Apr 29 2017 01:03:00     Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14259932       +EDI: RMSC.COM Apr 29 2017 01:03:00     Synchrony Bank/ Home Depot,   C/O P.O. Box 965036,
                 Orlando, FL 32896-0001
14259933       +EDI: RMSC.COM Apr 29 2017 01:03:00     Synchrony Bank/Home Design Floorcare,   P.O. Box 965036,
                 Orlando, FL 32896-5036
14259934       +EDI: RMSC.COM Apr 29 2017 01:03:00     Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 P.O. Box 103104,   Roswell, GA 30076-9104
14401732       +E-mail/Text: bncmail@w-legal.com Apr 29 2017 01:16:23     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 21
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Bank of America, N.A.
cr              Lakeview Loan Servicing, LLC
14259924*      +Central Credit/Penn Credit,   Attn: Bankruptcy,   P.O. Box 988,   Harrisburg, PA 17108-0988
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Apr 28, 2017
                              Form ID: 302            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey S. Golembiewski    on behalf of Debtor Donald E. Yauger jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Jeffrey S. Golembiewski    on behalf of Joint Debtor Laura K. Yauger jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee    robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com
          Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
           rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                             TOTAL: 9
```