## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Donald E. Yauger, Laura K. Yauger,<br><br>　　　　　　Debtor | Chapter 7<br><br>Case No.: 16-22627-GLT |
| Bank of America, N.A.,<br>　　　　　Movant,<br>vs.<br>Donald E. Yauger, Laura K. Yauger,<br>　　　　　Debtor / Respondent,<br>and<br>Ronda J. Winnecour,<br>　　　　　Trustee / Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 20, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 7, 2017.

　　It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　MILSTEAD & ASSOCIATES, LLC

DATED:  May 9, 2017　　　　　　　　　　___/s/Matthew C. Waldt
　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Waldt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 203308
　　　　　　　　　　　　　　　　　　　　　　　1 E. Stow Road
　　　　　　　　　　　　　　　　　　　　　　　Marlton, NJ 08053
　　　　　　　　　　　　　　　　　　　　　　　(856) 482-1400
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant