Case 16-22627-GLT    Doc 63    Filed 05/26/17    Entered 05/26/17 15:18:29    Desc Main
                             Document      Page 1 of 1

FILED
5/26/17 9:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-22627-GLT |
| | : | Chapter: | 7 |
| Donald E. Yauger | : | | |
| Laura K. Yauger | : | | |
| | : | Date: | 5/25/2017 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

*MATTER:*    #56 - Order to Show Cause Issued against Jeffrey S. Golembiewski to Personally Appear at 4/7/17 and 4/27/17 Status Conferences in Violation of Court Orders
[Response due 5/18/2017]

*APPEARANCES:*
   Debtor:    Jeffrey S. Golembiewski

*NOTES:*

Golembiewski - Missed hearings and deadlines due to computer randomware issues and health issues. Will be re-filing a chapter 7 case on behalf of the Debtors for cost. No attorneys' fees will be charged.

Court - Appreciates counsel's explanations with respect to this matter and the seriousness with which he takes his practice. Needs to ensure that counsel implements necessary procedures to avoid missed hearings and deadlines in the future. Satisfied that the necessary steps are being taken with respect to the Debtors. Will vacate the Order to Show Cause.

*OUTCOME:*

1. Orders to Show Cause at Dkt. Nos. 48 and 56 to be vacated. (Text Orders to issue).

**DATED:** 5/25/2017