FILED
5/24/17 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Donald E. Yauger<br>    Laura K. Yauger,<br>        Debtors. | Chapter 7<br><br>Case No.: 16-22627-GLT |
| Bank of America, N.A.,<br>        Movant,<br>vs.<br>Donald E. Yauger and Laura K. Yauger,<br>        Debtors / Respondents,<br>and<br>Robert H. Slone,<br>        Trustee / Respondent. | Related to Docket No. 51 |

**ORDER DENYING RELIEF FROM §362 AUTOMATIC STAY**

AND NOW, this __24th Day of May, 2017_____, it is hereby

**ORDERED** that the Motion for Relief from Stay [Dkt. No. 51] is DENIED as being Moot as this case was dismissed on April 28, 2017 [Dkt. No. 54]

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cc:    Matthew C. Waldt, Esquire
        Jeffrey S. Golembiewski, Esquire
        Robert H. Slone, Trustee
        Donald E. Yauger
        Laura K. Yauger

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Donald E. Yauger  
Laura K. Yauger  
    Debtors

Case No. 16-22627-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: May 24, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2017.  
db/jdb        +Donald E. Yauger,    Laura K. Yauger,    27 Chaffee Street,    Uniontown, PA 15401-4603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2017 at the address(es) listed below:

       James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Jeffrey S. Golembiewski    on behalf of Joint Debtor Laura K. Yauger jgolembiewski@yahoo.com, denisegole@yahoo.com  
       Jeffrey S. Golembiewski    on behalf of Debtor Donald E. Yauger jgolembiewski@yahoo.com, denisegole@yahoo.com  
       Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
       Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com  
       Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

                                                                                                       TOTAL: 9